IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

**Plaintiff:**
CASEY ROBINSON,

v.

**Defendants:**
**JEFFERSON COUNTY SCHOOL DISTRICT R-1; JEFFERSON COUNTY SCHOOL DISTRICT R-1 BOARD OF EDUCATION; STEVE BELL, as an individual and in his official capacity as Chief Operations Officer of Jefferson County School District R-1; GREG JACKSON, as an individual and in his official capacity as Executive Director of Transportation for Jefferson County School District R-1; MICHAEL HINZ, as an individual and in his official capacity as Fleet Services Coordinator of Jefferson County School District R-1,**

## NOTICE OF REMOVAL TO FEDERAL COURT

Defendants by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, hereby gives notice of removal of this case from Jefferson County District Court, Colorado to the United States District Court for the District of Colorado. As grounds therefor, the School District states as follows:

1. On or about July 6, 2020, Plaintiffs filed a civil action in the Jefferson County District Court asserting claims of violation of Plaintiff Robinson's United States Constitutional Fourteenth Amendment right of Due Process among other state law claims.

1

2. Service of Plaintiffs' Complaint was effected on the School District on July 27, 2020. A true and correct copy of the Complaint and wavier of service are attached and incorporated by reference.

3. This Court has original jurisdiction over this action pursuant to the provisions of 42 U.S.C. §1983 because Plaintiff Robinson's allegations of discrimination and retaliation arise under federal law.

4. Venue is proper in this Court because the State Court Action is pending in Colorado. *See* 28 U.S.C. § 1441(a).

5. This Notice of Removal is filed within thirty days of service of the Complaint and is timely filed pursuant to 28 U.S.C. § 1446(b).

6. Pursuant to 28 U.S.C. § 1446(d), Defendants will provide prompt written notice of the removal of this action to Plaintiffs and will file a copy of this Notice of Removal with the Clerk of the Jefferson County District Court as soon as this Notice of Removal has been filed in this Court.

7. Pursuant to D.C. Colo. L Civ R 81.1, the undersigned counsel certifies that there are no hearings set before the Jefferson County District Court from which this case is removed and all pleadings and process files therein are attached hereto.

WHEREFORE, the School District requests that the action now pending before the Jefferson County District Court, Colorado, Civil Action No. 2020cv30782 be removed to this Court, and for such other and further relief as this Court deems necessary and proper.

Respectfully submitted this 14th day of August, 2020.

On behalf of Defendants,

CAPLAN AND EARNEST LLC
*s/Michael W. Schreiner*
Michael W. Schreiner
3107 Iris Avenue, Suite 100
Boulder, CO 80301
Phone: (303) 443-8010
mschreiner@celaw.com

**Attorney for Defendants**

## CERTIFICATE OF SERVICE

This is to certify that on the 14th day of August 2020, a true and correct copy of the foregoing Notice of Removal was filed with the US District Court of Colorado, as well as emailed and mailed to the following:

Erik G. Bradberry, #49894
Colorado Education Association
1500 Grant Street
Denver, Colorado 80203
Phone: (303) 837-1500
Fax: (303) 861-2039
email: ebradberry@coloradoea.org
Attorney for Plaintiffs

*s/Shellie Satterfield*
Shellie Satterfield, Paralegal