# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF COLORADO

Case No.: 20-cv-02442-RBJ

**CASEY ROBINSON and JEFFCO EDUCATION SUPPORT PROFESSIONALS ASSOCIATION,**
    Plaintiffs,

v.

**JEFFERSON COUNTY SCHOOL DISTRICT R-1; JEFFERSON COUNTY SCHOOL DISTRICT R-1 BOARD OF EDUCATION; STEVE BELL, as an individual; GREG JACKSON, as an individual; and MICHAEL HINZ, as an individual,**
    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their respective attorneys, hereby notify the Court they have reached a settlement agreement that resolves all the claims in this matter and submit the following Stipulation of Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

1. This matter is scheduled for a jury trial on August 8, 2022, at 9:00 a.m.

2. The parties have reached a settlement agreement that resolves all the outstanding claims in this case.

3. IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-referenced case is DISMISSED with prejudice and without an award of costs or fees to any party.

DATED this 4th day of August 2022.

Respectfully submitted,

| For Plaintiffs: | For Defendants: |
|---|---|
| s/ *Erik G. Bradberry* | s/ *Michael W. Schreiner* |
| **Erik G. Bradberry** | **Michael W. Schreiner** |
| Colorado Education Association | **Caroline Gecker** |
| 1500 Grant Street | Caplan and Earnest LLC |
| Denver, CO 80203 | 3107 Iris Avenue, Suite 100 |
| 303-837-1500 | Boulder, CO 80301 |
| ebradberry@coloradoea.org | Phone: (303) 443-8010 |
| | mschreiner@celaw.com |
| | cgecker@celaw.com |

## CERTIFICATE OF SERVICE

  I hereby certify that on this 4th day of August 2022 a true and correct copy of the foregoing Stipulation of Dismissal With Prejudice was filed via the CM/ECF E-Filing system with service requested as follows:

Michael Schreiner
Caroline Gecker
Caplan and Earnest
3107 Iris Avenue, Suite 100
Boulder, CO 80301
mschreiner@celaw.com
cgecker@celaw.com

                /s/ Angela Jordan
                Angela Jordan